ACCEPTED
01-15-00715-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/28/2015 2:59:29 PM
CHRISTOPHER PRINE
CLERK

# No. 01-15-00715-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/28/2015 2:59:29 PM
CHRISTOPHER A. PRINE
Clerk

# In Re CVR Energy, Inc. and CVR Refining, L.P., *Relators*

Original proceeding from the 268th Judicial District Court
Fort Bend County, Texas

Tr. Ct. No. 2015-DCV-220330

## OPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF MANDAMUS

TO THE FIRST COURT OF APPEALS:

Real Parties In Interest, Donald R. Collier, Jennifer J. Collier, Dale A. Niemeyer, and Wendy Niemeyer, file this opposed second motion for extension of time to file their response to the petition for writ of mandamus, and requests the Court to extend the deadline for filing the response from September 29, 2015 until October 9, 2015. In support of this motion Real Parties In Interest show:

1

## I.

This is an original proceeding wherein the Relator seeks mandamus relief. This Court requested a response and set the date for responding on September 29, 2015.

## II.

This is Real Parties In Interest second request for an extension of time to file its response.

## III.

The response is almost complete and will be filed shortly. The undersigned Medina was just married (last Saturday). Also, Medina and Hootman have been in involved in the following matters that have interfered with completion of the brief:

- No. 14-15-00618-CV; *Ex parte Robert Clark Rhodes*; Fourteenth Court of Appeals – Appellant's Brief to be filed September 28, 2015 (Medina).

- No. 24681; *KB Structures v. Jannise*; 253th Judicial District, Chambers County, Texas – jury trial from September 21 thru 23, 2015 (Hootman).

- No. 15-50618; *Med RX/Systems, P.L.L.C. v. Texas Department of State Services*; United States Court of Appeals for the Fifth Circuit, New Orleans – Appellant's Brief filed September 18, 2015 (Hootman).

WHEREFORE, Real Parties In Interest, Donald R. Collier, Jennifer J. Collier, Dale A. Niemeyer, and Wendy Niemeyer, pray that this motion be granted and that the Court extend the time to file their response to the petition for mandamus from to September 29, 2015 until October 9, 2015.

Respectfully submitted,

/s/Timothy A. Hootman
Timothy A. Hootman
SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548; 713.583.9523 (f)
Email: thootman2000@yahoo.com


/s/ David M. Medina
David M. Medina, SBN 00000088
davidmedina@justicedavidmedina.com
THE MEDINA LAW FIRM
5300 Memorial Dr., Ste. 890
Houston, TX 77007

ATTORNEYS FOR REAL PARTIES IN INTEREST, DONALD R. COLLIER, JENNIFER J. COLLIER, DALE A. NIEMEYER, AND WENDY NIEMEYER

3

# CERTIFICATE OF CONFERENCE

This is to certify that David Medina has attempted to confer with opposing counsel regarding this motion. Opposing counsel was opposed to the first motion and so he is probably opposed to this motion as well. Once the undersigned has spoken with opposing counsel a supplemental certificate of conference will be filed.

Dated: September 28, 2015.

/s/Timothy A. Hootman_____
Timothy A. Hootman

# CERTIFICATE OF SERVICE

I hereby certify that, in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure, I have served the forgoing document upon the following attorneys by electronic service:

Phillip D. Sharp
Martin, Disiere, Jefferson & Wisdom, LLP
808 Travis, 20th Fl
Houston, TX 77002

Lee M. Smithyman
Smithyman & Zakoura, Chartered
750 Commerce Plaza II
7400 West 110th Street
Overland Park, KS 66210-2362

Dated: September 28, 2015.

/s/Timothy A. Hootman_____
Timothy A. Hootman